UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

JUL 3 1 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAG. NO. 1:07MJ 89 |
| v. | ) | |
| DEXTER WAYNE WINFIELD, JR. | ) | UNDER SEAL |

## ORDER

This matter having come before the Court pursuant to a motion by the United States to seal the Criminal Complaint and the affidavit in support of the Application for Arrest Warrant in this matter, and the Court having found good cause to grant such motion, it is hereby

**ORDERED**, that the Criminal Complaint and the affidavit in support of the Application for Arrest Warrant in this matter, as well as the Government's Motion to Seal, are **SEALED** until further order of the Court.

**IT IS SO ORDERED** this 31st day of July, 2007.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE